(INND Rev. 8/16)

FILED

DEC 18 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

Jordan Davis Glochey

[You are the **PLAINTIFF**, print your full name on this line.]

v.  Office Prosecuting Attoy
(P.4.3 22)

Jeffery Gettings

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:20-cv-1037

[For a new case in this court, leave blank. The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]  Justin Workman | 227 W Michigan Ave #5  Kalamazoo MI 44007 |
| 2 | [Put the names of any other defendants in these boxes.]  Micheal Stein | 227 w Michigan Ave #5  Kalamazoo, Michigan 4807 |
| 3 | Allen Harbaugh | 227 W Michigan Ave #5  Kalamazoo MI 44007 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 4

2. What is your address? 424 S. Michigan Ave Southbend IN 46601

3. What is your telephone number: (574) 345-1823

4. Have you ever sued anyone for these exact same claims?
   ⊘ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Jeffery Betting is the chief prosecutor also a Civil Right Complaint Coordinator (CRCC) he discriminated against my sex also race and disability, he received my civil right complaint against member of his of he refuse to act on my civil right complaints.

2. Micheal Stein Refuse to press charges on a white woman who falsely accused me of forceable rape after law enforcement emailed him of their finding of a false report that was filed.#2019005904 ✕

3. Allen Harbaugh refuse to press charges on a white woman who falsely accused me a black man of forceable rape, after law enforcement investigated it was determined the white woman lied. I requested charges for filing a false Report Mr. Harbaugh refused.#2019005904 ✕

4. Justin Workan conspired to deprive me of my civil Right also conspired to deprivation of my civil Right. He had knowledge of a crime of Perjury so he dismissed his case for Assaulting a police officer Timothy Millar case #2017001470 ✕

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)

page 3

Claims and Facts (continued)

I was a resident of Indiana once
the harm was discoverd. Also in addition
with that 2017001470 I was charge with resisting
arrest with no evidence just e testimony from
Public safety officer Timanthy Millard which was
in front of a Judge which constitute to perjury.
Prosecutorial misconduct

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

◉ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Monetary damage punitive damages

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the
clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◉ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
defendant about this case.

[Initial Each Statement]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare under penalty of perjury that the statements in this complaint are true.

_____        __12/11/2020__
Signature                                                      Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]